IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| MOBILEUM, INC., *et al.*, | § § § | Case No. 24-90414 (CML) |
| Debtors.[1] | § § § § | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 11, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order (I) Approving Disclosure Statement and (II) Confirming First Amended Joint Chapter 11 Plan of Mobileum, Inc. And Its Affiliated Debtors [Docket No. 194]

Dated: September 16, 2024

                                                              */s/ Amy Castillo*
                                                              Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 16, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Mobileum, Inc. (7417); Matrix Intermediate, Inc. (7287); Matrix Holdco, LLC (0039); Matrix Parent, Inc. (9085); Mobile Acquisition Corp. (9591); SIGOS LLC (1763); UnwiredSoft, Inc. (2064); We Do Technologies Americas, Inc. (9338); Convene Networks LLC (2820); Developing Solutions Inc. (6177); and Phase 3 Innovations Holdings, Inc. (1899).  The Debtors' mailing address is 20813 Stevens Creek Boulevard, Suite 200, Cupertino, CA 95014.

SRF 82136

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO COLLIN COUNTY, COLLIN COLLEGE, CITY OF MCKINNEY, AND MCKINNEY INDEPENDENT SCHOOL DISTRICT | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN<br>1700 REDBUD BLVD<br>STE. 300<br>MCKINNEY TX 75069 | PLOPEZ@ABERNATHY-LAW.COM<br>BANKRUPTCY@ABERNATHY-LAW.COM<br>EHAHN@ABERNATHY-LAW.COM<br>LBOYD@ABERNATHY-LAW.COM | Email |
| COUNSEL TO THE SECOND LIEN AD HOC GROUP | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: LACY LAWRENCE<br>2300 N. FIELD STREET, SUITE 1800<br>DALLAS TX 75201-2481 | LLAWRENCE@AKINGUMP.COM | Email |
| COUNSEL TO THE SECOND LIEN AD HOC GROUP | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: SCOTT L. ALBERINO, BLAINE SCOTT<br>2001 K STREET N.W.<br>WASHINGTON DC 20006 | SALBERINO@AKINGUMP.COM<br>BSCOTT@AKINGUMP.COM | Email |
| TOP 30 UNSECURED CREDITOR | ALIGNED VERTICAL PVT. LTD. | ATTN: ZEHRA HAYAT<br>2ND FLOOR<br>TOWER 1 ADVANT NAVIS BUSINESS PARK<br>NOIDA, UP 201301 INDIA | ACCOUNT@ALIGNEDVERTICAL.COM | First Class Mail and Email |
| COUNSEL TO ACQUIOM AGENCY SERVICES LLC AND SEAPORT LOAN PRODUCTS LLC, AS DIP AGENT | ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK NY 10019 | JEFFREY.GLEIT@AFSLAW.COM<br>BRETT.GOODMAN@AFSLAW.COM | Email |
| COUNSEL TO ACQUIOM AGENCY SERVICES LLC AND SEAPORT LOAN PRODUCTS LLC, AS DIP AGENT | ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY<br>233 SOUTH WACKER DRIVE, SUITE 7100<br>CHICAGO IL 60606 | MATTHEW.BENTLEY@AFSLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | AZALIO TECHNOLOGIES LLC | ATTN: NISHU JINDAL<br>8 THE GREEN SUITE A<br>DOVER DE 19901 | NISHU.JINDAL@AZALIO.IO | First Class Mail and Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. | ATTN: JASON M. KATZ<br>901 MAIN STREET, SUITE 5500<br>DALLAS TX 75202 | JKATZ@CCSB.COM | Email |
| TOP 30 UNSECURED CREDITOR | CISION PORTUGAL | ATTN: CALI TRAN<br>DIST. DE INFORMACAO GERAL<br>S.A RUA ENTRE VINHAS, EDIFICIO CISION<br>EIRAS 3020-171 PORTUGAL | FINANCE.UK@CISION.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | CLOUDERA INC. | ATTN: ASHLEY AHERNE<br>5470 GREAT AMERICA PKWY<br>SANTA CLARA CA 95054 | AR-CLDR@CLOUDERA.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | CRUNCHY DATA SOLUTIONS, INC. | ATTN: LAUREN HICKS<br>162 SEVEN FARMS DRIVE<br>SUITE 220<br>CHARLESTON SC 29492 | INFO@CRUNCHYDATA.CO | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | CTRLS DATACENTERS LIMITED | ATTN: AJAY SARAWAGI<br>16, SOFTWARE UNITS LAYOUT<br>MADHAPUR, (HITECH-CITY), HYDERABAD<br>TELANGANA 500081 INDIA | COLLECTIONS@CTRLS.IN | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | DAEMON ENTERPRISE PTE. LTD. | ATTN: KOKILA KUK<br>180 PAYA LEBAR ROAD #09-02<br>YI GUANG FACTORY BUILDING<br>SINGAPORE 409032 SINGAPORE | SALES.SG@DAEMON.CO.IN | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | DBVISIT SOFTWARE LIMITED | ATTN: MELORALYN VANDUSEN<br>P.O. BOX 44223<br>POINT CHEVALIER<br>AUCKLAND 1246 NEW ZEALAND | SALES@DBVISIT.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | DIALOGIC CORPORATION | ATTN: ECHO YU<br>216 ROUTE 17 NORTH<br>SUITE 301<br>ROCHELLE PARK NJ 07662 | AR.DIALOGIC@ENGHOUSE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | EURATEK ODYSSEY TRADING LTD. | ATTN: DIDI ADIL<br>ALLWAYS CENTRE 16F<br>468 JAFFE ROAD, CAUSEWAY BAY<br>HONG KONG HONG KONG | DIDI@EURATEK.NET | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | EVERNEX HONG KONG LTD. | ATTN: JOYCE CHOI<br>ROOM 1004, NO. 4<br>KODAK HOUSE II, 39 HEALTHY STREET EAST<br>QUARRY BAY, HONG KONG CHINA | JCHOI@EVERNEX.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | GSMA | ATTN: SERENA HAYES<br>100 ABERNATHY ROAD<br>SUITE 450<br>ATLANTA GA 30328 | BILLING@GSMA.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | GSMK GESELLSCHAFT FUER SICHERE MOBILE KOMMUNIKATION MBH | ATTN: GSMK OFFICE TEAM<br>MARIENSTRASSE 11<br>BERLIN 10117 GERMANY | OFFICE@CRYPTOPHONE.DE | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | HARKYNON TECHNOLOGIES | ATTN: TEMMY ABEJIDE<br>BLK 4A, PLT 7<br>ADELEKE ADEKANMI CLOSE, MAGODO GRA<br>LAGOS STATE NIGERIA | PAYMENTS@HARKYNONTECHNOLOGIES.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | INDOTECH CO., LTD. | ATTN: BARUA SOUMENDRA<br>KANDA JIMBOCHO 2 CHOME, BUILDING 7F<br>2-2 KANDA JIMBOCHO, CHIYODA-KU<br>TOKYO 101-0051 JAPAN | BARUA.SOUMENDRA@INDOTECH.JP | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | INFOBRAIN AG | ATTN: ADRIAN KIENZI<br>IM LANGHAG 5<br>EFFRETIKON 8307 SWITZERLAND | ADRIAN.KIENZI@INFOBRAIN.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | INTEGRA DATATECH PRIVATE LIMTIED | ATTN: NAFEES MALIK<br>G-5, SWISS COMPLEX<br>33 RACE COURSE ROAD<br>BANGALORE 560001 INDIA | INFO@INTEGRAMICRO.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | INTEGRA MICRO SYSTEMS (P) LTD. | ATTN: NAFEES MALIK<br>G-5, SWISS COMPLEX<br>33 RACE COURSE ROAD<br>BANGALORE 560001 INDIA | INFO@INTEGRAMICRO.COM | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | JEFFERIES FINANCE LLC | ATTN: BRIAN BUOYE<br>520 MADISON AVENUE<br>NEW YORK NY 10022 | JFIN.ADMIN@JEFFERIES.COM | First Class Mail and Email |
| COUNSEL TO TARRANT COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| TOP 30 UNSECURED CREDITOR | LUMINANCE TECHNOLOGIES | ATTN: HARRY BOROVICK<br>6 DUKE STREET<br>ST. JAMES'S<br>LONDON SW1Y 6BN UNITED KINGDOM | LEGAL@LUMINANCE.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. | MAURICE WUTSCHER, LLP | ATTN: ALAN C. HOCHHEISER<br>23611 CHAGRIN BLVD., SUITE 207<br>BEACHWOOD OH 44122 | AHOCHHEISER@MAURICEWUTSCHER.COM | Email |
| COUNSEL TO AD HOC GROUP OF FIRST LIEN LENDERS | MILBANK LLP | ATTN: EVAN R. FLECK, ESQ., RUPSHA BASU, ESQ., MATTHEW L. BROD, ESQ., ABIGAIL DEBOLD, ESQ.<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 | EFLECK@MILBANK.COM<br>RBASU@MILBANK.COM<br>MBROD@MILBANK.COM<br>ADEBOLD@MILBANK.COM | Email |
| TOP 30 UNSECURED CREDITOR | NIVEUS SOLUTIONS PRIVATE LIMITED | ATTN: TEMMY ABEJIDE<br>4TH FLOOR, AMRUTH ARCADE, ABOVE DAMRO SHOWROOM<br>BESIDE GOVINDA KALYANA MANTAPA, KINNIMULKI, UDUPI<br>KARNATAKA 576101 INDIA | BIZ@NIVEUSSOLUTIONS.COM | First Class Mail and Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HA NGUYEN AND ANDREW JIMENEZ<br>515 RUSK STREET, SUITE 3516<br>HOUSTON TX 77002 | HA.NGUYEN@USDOJ.GOV<br>ANDREW.JIMENEZ@USDOJ.GOV<br>USTPRegion07.HU.ECF@USDOJ.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | ORACLE BELGIUM | ATTN: ELENA TUDORAS<br>BVBA MEDIALAAN 50<br>VILVOORDE 1800 BELGIUM | COLLECTIONS_BE@ORACLE.COM | First Class Mail and Email |
| COUNSEL TO JEFFERIES FINANCE LLC, AS ADMINISTRATIVE AND COLLATERAL AGENT | PAUL HASTINGS LLP | ATTN: JAYME GOLDSTEIN, SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166 | JAYMEGOLDSTEIN@PAULHASTINGS.COM<br>SAMLAWAND@PAULHASTINGS.COM | Email |
| COUNSEL TO JEFFERIES FINANCE LLC, AS ADMINISTRATIVE AND COLLATERAL AGENT | PAUL HASTINGS LLP | ATTN: SCHLEA THOMAS<br>600 TRAVIS STREET, 58TH FLOOR<br>HOUSTON TX 77002 | SCHLEATHOMAS@PAULHASTINGS.COM | Email |
| COUNSEL TO GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | ATTN: ELIZABETH BANDA CALVO<br>500 E. BORDER STREET<br>SUITE 640<br>ARLINGTON TX 76010 | EBCALVO@PBFCM.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF FIRST LIEN LENDERS | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, MEGAN YOUNG-JOHN, JAMES A. KEEFE<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM<br>MYOUNG-JOHN@PORTERHEDGES.COM<br>JKEEFE@PORTERHEDGES.COM | Email |
| TOP 30 UNSECURED CREDITOR | QOSMOS TECH SAS | ATTN: CHRISTIAN FIEURGAND<br>IMMEUBLE CARDINET8 RUE<br>BENARD BUFFET<br>PARIS 75017 FRANCE | CHRISTIAN.FIEURGAND@ENEA.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | QUALCOMM TECHNOLOGIES, INC. | ATTN: K DAS<br>5775 MOREHOUSE DRIVE<br>SAN DIEGO CA 94121-1714 | CVEMULAP@QTI.QUALCOMM.COM | First Class Mail and Email |
| COUNSEL TO JEFFERIES FINANCE LLC, AS ADMINISTRATIVE AND COLLATERAL AGENT | ROSS, SMITH & BINFORD, PC | ATTN: JASON BINFORD, FRANCES SMITH<br>700 N. PEARL STREET<br>SUITE 1610<br>DALLAS TX 75201 | JASON.BINFORD@RSBFIRM.COM<br>FRANCES.SMITH@RSBFIRM.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK, REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | SHEELTRON DIGITAL SYSTEMS PVT. LTD. | ATTN: KOKILA<br>NO. 10, SESHADRIPURAM MAIN ROAD<br>SESHADRIPURAM, BANGALORE<br>KARTNATAKA 560 020 INDIA | KOKILA@SHEELTRON.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | SIMARTIS TELECOM SRL | ATTN: IVAN PAVLOV<br>SIMARTIS HOUSE<br>FLOOR 1&2, 5 INTRAREA AMZEI SECTOR 1<br>BUCHAREST 010346 ROMANIA | GLOBAL.INFO@SIMARTIS.COM | First Class Mail and Email |
| COUNSEL TO THE CONSENTING SPONSOR | SIMPSON THACHER & BARTLETT LLP | ATTN: SUNNY SINGH, ESQ. AND DOV GOTTLIEB, ESQ.<br>425 LEXINGTON AVE<br>NEW YORK NY 10017 | SUNNY.SINGH@STBLAW.COM<br>DOV.GOTTLIEB@STBLAW.COM | First Class Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>300 W. 15TH STREET<br>AUSTIN TX 78701 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | TECH HAT PVT. LTD. | ATTN: JEEVAN M R<br>34/1 VANI VILAS ROAD<br>BASAVANAGUDI<br>BANGALORE 560004 INDIA | JEEVAN.MR@TECHHAT.CO.IN | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | THALES DIS USA, INC. | ATTN: JANA HLASOVA<br>9442 CAPITAL OF TEXAS HIGHWAY NORTH<br>SUITE 400<br>AUSTIN TX 78759 | CORPORATE.COMMUNICATIONS@US.THALESGROUP.COM | First Class Mail and Email |
| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS | UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS | UNITED STATES COURTHOUSE<br>515 RUSK STREET<br>HOUSTON TX 77002 | | First Class Mail |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: GABRIEL A. MORGAN & CLIFFORD W. CARLSON<br>700 LOUISIANA STREET, SUITE 3700<br>HOUSTON TX 77002-2784 | GABRIEL.MORGAN@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM | Email |
| COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: J SAFERSTEIN, A WELCH, D PAPADATOS, E EINHORN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153-0119 | JEFFREY.SAFERSTEIN@WEIL.COM<br>ALEXANDER.WELCH@WEIL.COM<br>DAPHNE.PAPADATOS@WEIL.COM<br>ERIC.EINHORN@WEIL.COM | Email |
| TOP 30 UNSECURED CREDITOR | WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: LEGAL DEPARTMENT<br>1100 NORTH MARKET STREET-IRW TAX<br>WILMINGTON DE 19890 | LDP@MTB.COM | First Class Mail and Email |